AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'21 SEP 16 PM 4:10

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:21-cr-36-35 |
| Nobata Elliot a/k/a UNC | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nobata Elliot
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; Forfeiture Allegation

Date:   09/16/2021

/s/ Jackie Stewart
*Issuing officer's signature*

City and state:   Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9/16/2021, and the person was arrested on *(date)* 9/30/2021
at *(city and state)* Detroit, MI

Date: 10/8/2021

*Arresting officer's signature*

C. Johnson / SDUSM
*Printed name and title*